Elizabeth G. Daily, OSB #111758
Assistant Federal Public Defender
Email: Liz_Daily@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-cr-00508-MO-1 |
| Plaintiff, | |
| v. | DEFENDANT'S SENTENCING MEMORANDUM |
| ALVARO CARRILLO, | |
| Defendant. | |

Alvaro Carrillo will appear before this Court on April 1, 2026, to enter a guilty plea and be sentenced for depredation of government property, in violation of 18 U.S.C. § 1361. Mr. Carrillo is a native and citizen of Guatemala. This case arises from his encounter with immigration agents who surrounded him as he was on his way to work on the morning of November 11, 2025, and attempted to forcefully remove him from his car. Fearful, Mr. Carrillo sped away and led the agents on a car chase that damaged the agents' car. With the benefit of time for reflection, Mr. Carrillo regrets his conduct and recognizes how reckless and dangerous it was.

Page 1 Defendant's Sentencing Memorandum

The Sentencing Guidelines under U.S.S.G. § 2B1.1 are properly set out in the presentence report and result in an advisory sentencing range of 10 to 16 months under total offense level 12 and criminal history category I. However, given his early acceptance of responsibility before the first trial setting and his lack of any criminal history, the parties will jointly recommend a sentence of time served (nearly five months). We ask the Court to follow that joint recommendation. The defense also asks that the Court impose no term of supervised release, consistent with U.S.S.G. § 5D1.1(c).

Dated: March 25, 2026.

*s/ Elizabeth G. Daily*
Elizabeth G. Daily, OSB #111758