SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**PAMELA PAASO, TXSB# 24060371**
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:25-cr-00508-MO** |
| **v.** | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **ALVARO CARRILLO,** | |
| **Defendant.** | |

### Introduction

Defendant Alvarao Carrillo, while fleeing from law enforcement, struck a government owned SUV with his own car causing more than $1,000 in damage. The government joins the United States Probation Office and defendant in recommending a sentence of time served.

### Factual Background

#### A.     The Offense Conduct

On the morning of November 11, 2025, Border Patrol Agents were assisting Immigrations and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) teams in Salem, Oregon. Agents identified a car registered to a foreign national with an overstay visa. ERO

**Government's Sentencing Memorandum**                                    **Page 1**

officers initiated a traffic stop of the car, identified themselves and ordered defendant out of his car. Defendant put his car in drive and fled the scene. Border Patrol Agents pursued in their government SUV. At several points during the pursuit, defendant's vehicle collided with the government SUV, with one collision causing his side airbag to deploy. Defendant ultimately lost control of his car and collided with a concrete barrier. The damage to the suspension of government SUV totaled $1,409.27.

### B.    The Charges

Defendant was indicted for Aggravated Assault on a Federal Employee, in violation of 18 U.S.C. §§ 111(a), (b), and Depredation Against Federal Property, in violation of 18 U.S.C. §§ 1361(a)(6). The parties anticipate that defendant will enter a guilty plea to the depredation charge on April 1, 2026.

### C.    The Plea Agreement & Guideline Computations

Pursuant to the plea agreement, the government will dismiss the assault count and, subject to the limitations set forth in the plea agreement, recommend that a term of time served. The government agrees with the guideline computation in the Presentence Report (PSR).

### Government's Recommended Sentence

Defendant fled from law enforcement, resulting in a pursuit over several miles, putting himself, the officers and the public at risk. His collision with the government SUV was significant enough to cause airbag deployment and damage to the SUV's suspension. Defendant has spent approximately five months in custody. A conviction, a sentence of time-served and restitution in the amount of $1,409.27 will hold defendant accountable for his conduct.

///

///

**Government's Sentencing Memorandum**                                              **Page 2**

**Conclusion**

Based on the foregoing, the government joins the defense and Probation Office in recommending that this Court impose a sentence of time served.

Dated: March 25, 2026

                                           Respectfully submitted,

                                           SCOTT E. BRADFORD
                                           United States Attorney

                                           */s/ Pamela Paaso*
                                           PAMELA PAASO, TXSB #24060371
                                           Assistant United States Attorney